CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 1 6 2007

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| JOE EDWARDS, <br>     Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:07-cv-00548 |
| v. | ) <br> ) | **MEMORANDUM OPINION** |
| MR. MICKEY ROONEY, et al., <br>     Defendants. | ) <br> ) <br> ) | By: Hon. James C. Turk <br> Senior United States District Judge |

    Plaintiff Joe Edwards, #184178, a Virginia inmate acting pro se, brings this action as a civil action, pursuant to 42 U.S.C. §1983. Edwards applies to proceed in forma pauperis. In his complaint, Edwards complains that he does not like being incarcerated at Marion Correctional Treatment Center because unidentified individuals engage in homosexual activity. Edwards seeks transfer to Greensville Correctional Center and "compensation. Upon review of the court's records and Edwards's submissions, the court concludes that Edwards's request to proceed in forma pauperis must be denied, and the complaint must be dismissed without prejudice, pursuant to 28 U.S.C. §1915(g).

    The court previously determined that Edwards had filed at least three prior civil actions, in forma pauperis, that were dismissed as malicious, frivolous, or for failure to state a claim. See Edwards v. Rollen, Case No. 7:02CV01075 (W.D. Va. 2002) (dism'd under 28 U.S.C. §1915(g)). As such, Edwards is barred from filing a civil action in forma pauperis in this court unless he demonstrates that he is in imminent danger of physical harm related to his claims. In this complaint, Edwards does not allege any facts indicating that he is in imminent danger of physical harm related to his allegations of others' homosexual behavior. Accordingly, the court

1

will deny his request to proceed in forma pauperis under § 1915(g).  As Edwards was notified of

his "three strikes" status under § 1915(g) in the previous lawsuit in 2002 and the requirement that

he prepay the fee or otherwise satisfy §1915(g), the court will summarily dismiss this action

without prejudice.  An appropriate order shall be issued this day.

The Clerk is directed to send copies of this memorandum opinion and the accompanying

order to plaintiff.

ENTER:  This _16th_ day of November, 2007.

_James C. Turk_
Senior United States District Judge

2